# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 18 0239**

ROLAND AUJERO,



DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. § 2253(a)(1) and (a)(3) - Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this 5th day of June 2018.

SALLIE KIM
United States Magistrate Judge

_____ Clerk

Bail, $ **NO BAIL WARRANT**

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

―― OFFENSE CHARGED ――

Count No. 1 - 18 U.S.C. § 2252(a)(4)(B) – Possession of Visual Depiction of Minor Engaged in Sexually Explicit Conduct

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  See attached penalty sheet

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

―― DEFENDANT - U.S ――

▶ ROLAND AUJERO

DISTRICT COURT NUMBER
CR 18 0239 SI

―― DEFENDANT ――

―― PROCEEDING ――

Name of Complaintant Agency, or Person (& Title, if any)

SFPD/Internet Crimes Against Children unit

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form _____
☐ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Jonathan U. Lee

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

―― ADDITIONAL INFORMATION OR COMMENTS ――

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## Penalty Sheet for ROLAND AUJERO

### Count One (18 U.S.C. § 2252(a)(4)(B) and (b)(1)) – Possession of Visual Depiction of Minor Engaged in Sexually Explicit Conduct

Maximum ten years imprisonment (20 years if prepubescent minors or minors under 12 are involved); maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment. (Class C felony)

1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 18 0239 |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: |
| v. | ) 18 U.S.C. § 2252(a)(4)(B) – Possession of Child |
| | ) Pornography; |
| ROLAND AUJERO, | ) 18 U.S.C. § 2253(a)(1) and (a)(3) – Criminal |
| | ) Forfeiture |
| Defendant. | ) |
| | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    ((18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

Beginning on a date unknown, but no later than December 21, 2013, and continuing through on or about April 26, 2017, in the Northern District of California, the defendant,

ROLAND AUJERO,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate

INDICTMENT

1  and foreign commerce, and that was produced using materials that had been mailed, shipped, and
2  transported in and affecting interstate and foreign commerce, by a means and facility of interstate and
3  foreign commerce, including by computer, the production of which involved the use of a minor who had
4  not attained 12 years of age engaging in sexually explicit conduct, which visual depiction was of such
5  conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).
6  <u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 2253(a) – Forfeiture)
7     1.     The allegations contained in Counts One through Three of this Indictment are hereby re-
8  alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United
9  States Code, Section 2253.
10    2.     Pursuant to Title 18, United States Code, Section 2253, upon conviction of any of the
11 offenses alleged in Counts One through Seven, the Defendant,
12                          ROLAND AUJERO,
13 shall forfeit to the United States of America:
14    a.     Any visual depiction described in Title 18, United States Code, Sections 2251 or
15           2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter
16           which contains any such visual depiction, which was produced, transported, mailed,
17           shipped or received in violation of Title 18, United States Code, Chapter 110;
18    b.     Any property, real or personal, constituting or traceable to gross profits or other
19           proceeds obtained from the offenses; and
20    c.     Any property, real or personal, used or intended to be used to commit or to
21           promote the commission of the offenses.
22    3.     The property to be forfeited includes, but is not limited to, the following items seized
23 from the Defendant and his residence on or about April 26, 2017:
24    a.     One (1) White Apple MacBook laptop; and
25    b.     One (1) Samsung Chrome laptop computer.
26    4.     If any of the property described above, as a result of any act or omission
27 of the Defendant:
28    a.     cannot be located upon the exercise of due diligence;

INDICTMENT                                        2

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

DATED: 6/5/18

A TRUE BILL

FOREPERSON

ALEX G. TSE
Acting United States Attorney

DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: )
JONATHAN U. LEE
Assistant United States Attorney

INDICTMENT 3